**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**DARRELL WARREN,**<br><br>Defendant | NO. 1: 09-CR-37 (WLS)<br><br>VIOLATIONS: Drug & Firearms Related |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Ms. Johnnie Mae Graham of the Albany Bar; the United States was represented by Assistant U. S. Attorney Tamara A. Jarrett. Based upon the evidence proffered to the court and the contents of the Pretrial Services Report dated December 22, 2009, as well as comments of counsel, I conclude that the following facts require the detention of the defendant pending the trial of this case.

### PART I - FINDINGS OF FACT

☒ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

 ☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

 ☒ under 18 U.S.C. §924(c).

☒ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated December 22, 2009, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of the defendant or the safety of the community were defendant Warren to be released from custody at this time. The offenses charged against him are serious drug felonies for which long-term incarceration can be expected if he is convicted. His estimated federal guideline sentence in the event of conviction or pleas of guilty is 262 months to 327 months plus 5 years consecutive. The weight of evidence against the defendant is strong. Defendant Warren possesses an extensive criminal arrest and conviction record, including felony convictions for POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, 2003, Superior Court of Dooly County, Georgia, and POSSESSION OF COCAINE, 2007, Superior Court of Clayton County, Georgia. In addition, he has what appear to be misdemeanor drug convictions in 2002 and 2005 in Clayton County, Georgia. He also has a history of allegations of both probation and parole violations.

**Defendant Warren also has a history of substance abuse, to-wit: he admits to starting marijuana usage at age 16 but advises that he has not smoked marijuana in over a year.**

**For the foregoing reasons, and noting that the defendant does not contest pretrial detention, the undersigned finds that defendant Warren would pose both a serious risk of flight and a serious danger to the community were he to be released from custody. Pretrial detention is thus mandated. IT IS SO ORDERED AND DIRECTED.**

## PART III - DIRECTIONS REGARDING DETENTION

**The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.**

**SO ORDERED, this 30th day of DECEMBER, 2009.**

*/s/ Claude W. Hicks, Jr.*

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case 1:09-cr-00037-WLS-TQL   Document 25   Filed 12/30/09   Page 2 of 2